J S - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 22-1640 JGB (SPx)** | Date | May 22, 2023 |
|---|---|---|---|
| Title | ***Linhang Lu v. Jaddou Ur Mendoza, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)**

On September 17, 2022, Plaintiff Linhang Lu ("Plaintiff") filed a complaint against Defendants Jaddou Ur Mendoza, Susan M. Curda, and Corina Luna. ("Complaint," Dkt. No. 1.) On March 21, 2023, the Court ordered Plaintiff to show cause in writing on or before March 31, 2023, why this action should not be dismissed for lack of prosecution. ("OSC," Dkt. No. 8.) As of the date of this order, Plaintiff has neither continued to prosecute this case nor responded to the OSC.

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Plaintiff has failed to respond to the Court's OSC, and thus, the Court finds that Plaintiff has failed to prosecute this case with reasonable diligence and that dismissal is therefore appropriate.

Accordingly, the Court **DISMISSES** Plaintiff's action for failure to prosecute and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**